UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ALTAGRACIA M. MACHADO,

                Plaintiff,

   -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
---------------------------------------------------------------X

JUDGMENT
08-CV- 4871 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 1 6 2009 ★
BROOKLYN OFFICE

      An Order of Honorable John Gleeson, United States District Judge, having been filed on March 13, 2009, remanding the case to the Commissioner pursuant to the sixth sentence of 42 U.S.C. § 405(g), which provides that the Court may remand the case to the Commissioner for further action, to (1) locate and/or reconstruct the missing records from the plaintiff's disability claims file and prepare a certified administrative record for filing with this Court; or (2) if the records cannot be located and/or reconstructed, to remand the case to an Administrative Law Judge for a de nova hearing and a new decision; it is

      ORDERED and ADJUDGED that the case is remanded to the Commissioner pursuant to the sixth sentence of 42 U.S.C. § 405(g), which provides that the Court may remand the case to the Commissioner for further action, to (1) locate and/or reconstruct the missing records from the plaintiff's liability claims file and prepare a certified administrative record for filing with this Court; or (2) if the records cannot be located and/or reconstructed, to remand the case to an Administrative Law Judge for a de novo hearing and a new decision.

Dated: Brooklyn, New York
       March 13, 2009

                                                      s/Robert C. Heinemann
                                                    ROBERT C. HEINEMANN
                                                   Clerk of Court